**RECEIVED**

NOV - 2 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.

MICHAEL CRUSEMANN AND MICHAEL OTTO,

    Defendants.

06CV5969
JUDGE GOTTSCHALL
MAG. JUDGE VALDEZ

## FINAL JUDGMENT AS TO DEFENDANTS MICHAEL CRUSEMANN AND MICHAEL OTTO

The United States Securities and Exchange Commission having filed a Complaint and Defendant Michael Crusemann and Defendant Michael Otto ( collectively "Defendants") having each entered a general appearance; consented to the Court's jurisdiction over Defendants and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants and Defendants' agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment, by personal service or otherwise, are permanently restrained and enjoined from aiding and abetting any violation of

Section 13(a) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78m(a)] and Rules 13a-1 and 13a-13 thereunder [17 C.F.R. §§ 240.13a-1 and 240.13a-13] which, among other things, require the timely filing with Plaintiff Commission of financial statements in annual reports on Form 10-K and quarterly reports on Form 10-Q in accordance with such rules and regulations that Plaintiff Commission has prescribed as necessary and appropriate in the public interest and for the protection of investors.

## II.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each Defendant shall pay a civil penalty of $100,000 pursuant to Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)]. Each Defendant shall make this payment within ten (10) business days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying the individual Defendant as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Each Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. §1961.

## III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consents are incorporated herein with the same force and effect as if fully set forth herein, and that Defendants shall comply with all of the undertakings and agreements set forth therein.

## IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: 11/14, 2006.

_____
UNITED STATES DISTRICT JUDGE